**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alice Fay TURNER, Also Known as
Alice O'Brian, Defendant–
Appellant.**

**No. 06–10633
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 30, 2007.

Tamara Lynn Reno, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Stephen Cass Weiland, Patton Boggs, Dallas, TX, for Defendant–Appellant.

---

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alice Turner has moved to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Turner has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Thomas L. Wright, El Paso, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

